## Petition To Rehear

STONE v. N.C. DEPT. OF LABOR

No. 81PA97

Case below: 347 N.C. 473

Petition by plaintiffs to rehear pursuant to Rule 31 denied 2 April 1998.